

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 15, 2024

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:  *United States v. Morales*, 24 Cr. 84 (PAE)

Dear Judge Engelmayer:

The Government writes in advance of the arraignment and initial pretrial conference in the above-captioned case, currently scheduled for Friday, February 23, 2024, at 2:30 p.m. The Government respectfully requests that time be excluded from today through February 23, 2024, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to produce and review discovery and to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government has spoken with defense counsel, who consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

**GRANTED.** The Court excludes time until Friday, February 23, 2024, for the reasons stated in counsel's letter. The Clerk of Court is requested to terminate the motion at Dkt. No. 7.

SO ORDERED.                                                                2/16/2024

PAUL A. ENGELMAYER
United States District Judge