UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    -v-<br><br>JUSTIN MORALES,<br><br>                                                    Defendant. | 24-CR-084 (PAE)<br><br><u>SCHEDULING ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has been notified that defendant Justin Morales continues to request a change of counsel. The Court will grant that motion and will appoint Jill Shellow, Esq., as successor counsel. Due to the Court's unavailability this week, the Court will formalize that substitution at a conference scheduled for **Wednesday, May 1, 2024**, at **3:00 p.m.**, to be held in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The Court, mindful of the July 15 trial date, authorizes Ms. Shellow to commence work as defense counsel on this matter immediately and directs the Government forthwith to make available a copy of all discovery to Ms. Shellow.

SO ORDERED.

                                                                                  *Paul A. Engelmayer*
                                                                                  PAUL A. ENGELMAYER
                                                                                  United States District Judge

Dated: April 22, 2024
          New York, New York