UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUSTIN MORALES,

                Defendant.

24-CR-084 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court has received a letter from defendant Justin Morales seeking substitution of counsel. See Dkt. 18. With the Court's having appointed new counsel for Mr. Morales yesterday, that application is moot.

    SO ORDERED.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: May 2, 2024
       New York, New York