# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

June 24, 2024

**REDACTED**

**BY ECF AND EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
Engelmayer NYSD Chambers

     RE:    *United States v. Justin Morales*, 24-cr-84 (PAE)

Dear Judge Engelmayer:

    I am writing to request respectfully a two-day extension of today's deadline for filing oppositions to motions in *limine,* leaving the deadline for reply papers unchanged.  I have COVID.  I have conferred with the prosecutors and they consent

    Briefly, ████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow
*Attorney for Justin Morales*

**GRANTED.** The Court wishes Ms. Shellow a speedy recovery.
The Clerk of Court is requested to terminate the motion at
Dkt. No. 27.

    SO ORDERED.    6/24/2024

PAUL A. ENGELMAYER
United States District Judge