UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JUSTIN MORALES,

                          Defendant.

24-CR-084 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received email correspondence from defense counsel seeking an adjournment of filing deadlines with respect to pretrial motions, in light of defense counsel's illness. The correspondence indicates that the Government agrees to a shorter adjournment.

The Court grants defense counsel's request for an adjournment (for both parties) of the deadline to file opposition briefs until Monday, **July 1, 2024**, but such oppositions are due that day at **12 noon**. Reply briefs (from both sides) are due **July 3, 2024, at 5pm**. Counsel should not expect further extensions of these deadlines.

The Court wishes defense counsel a speedy and full recovery.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 26, 2024
      New York, New York