UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JUSTIN MORALES,

Defendant.

24 CR. 84 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This Order is to memorialize that at conferences held on June 8, 2024 and July 10, 2024, the Court resolved from the bench all motions to suppress and motions *in limine* briefed by the parties at Dockets 20 and 22. Accordingly, the Clerk of Court is respectfully directed to terminate the motions pending at Dockets 20 and 22.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: July 10, 2024
New York, New York