UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 24 Cr. 84 (PAE) |
| -v- | |
| JUSTIN MORALES, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has been notified of an issue that has arisen in the relationship between defense counsel and defendant Justin Morales. The Court schedules an emergency in-person conference for **2:30 pm today** to discuss these issues, in Courtroom 1305 of the Thurgood Marshall United States Courthouse. Ms. Shellow, Mr. Morales, and a lawyer for the Government are required to attend.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 19, 2024
        New York, New York