# Law Offices of Jill R. Shellow PLLC

---

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

November 16, 2024

**BY ECF AND EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
EngelmayerNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Justin Morales*, 24-cr-84 (PAE)

Dear Judge Engelmayer:

I write to request a correction to the Judgment filed yesterday (Dkt. # 61). The Judgment states that the offense of conviction, possession of ammunition after a felony conviction in violation of 18 U.S.C. § 922(g)(1), ended on January 18, 2024. This is not correct; January 18, 2024 is the date that federal authorities arrested Justin Morales. The offense ended on the day of the shooting, April 16, 2023. The offense is not one that is continuing. Accordingly, I request that the Judgment be corrected. I have conferred with the Government. The Government agrees that the Judgment is in error and consents to this correction.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   AUSA Joseph Rosenberg (by email)
      AUSA Georgia Kostopoulos (by email)
      Justin Morales (by email)

**GRANTED.** An amended judgment will be issued in this case reflecting the change indicated above. The Clerk of Court is requested to terminate the motion at Dkt. No. 62.

SO ORDERED.                                    11/18/2024

_____
PAUL A. ENGELMAYER
United States District Judge