UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN MORALES,

                              Movant,

          -v-

UNITED STATES OF AMERICA,

                        Respondent.

25 Civ. 10150 (PAE)
24 Cr. 84 (PAE)

**<u>Attorney-Client Privilege
Waiver (Informed Consent)</u>**

PAUL A. ENGELMAYER, District Judge:

Movant Justin Morales has made a motion under 28 U.S.C. § 2255 to have his conviction set aside partly on the ground that he received ineffective assistance from his trial counsel, Jill R. Shellow, Esq. Dkt. 1. The Court's review of Morales's motion papers demonstrates a need for sworn testimonial statements from his trial attorney to permit the Court to evaluate the motion.

The American Bar Association requires Morales's attorney to obtain his consent before disclosing confidential communications between Morales and the attorney that may bear on the disposition of Morales's motion. This is a professional ethics requirement; there is no legal requirement that a defendant give his attorneys permission to disclose such information. In fact, as a matter of law, here, Morales has waived the attorney-client privilege by making this motion, which means that if he wishes to press this claim of ineffective assistance, Morales cannot keep the communications between himself and his trial attorneys a secret—he must allow them to be disclosed to the Government and to the Court pursuant to Court order.

If Morales wishes to proceed with his motion to set aside his conviction on the basis that he received ineffective assistance of counsel, he must sign this statement and file it publicly on the docket of this case. The form authorizes Morales's trial attorney to disclose confidential

communications (i) only in response to a Court order and (ii) only to the extent necessary to shed light on the allegations of ineffective assistance of counsel that Morales's motion raises.

Morales should know that if he signs this authorization, he runs the risk that his trial attorney will contradict his statements about her representation of him. However, Morales should also know that the Court will deny his motion if he does not authorize his trial attorneys each to give an affidavit in response to the Court's attached order. Nothing in the American Bar Association's opinion alters the fact that Morales has already waived the attorney-client privilege; if Morales frustrates the Court's ability to decide his motion by refusing to sign this authorization, his motion will be denied for failure to prosecute that motion.

**Morales must publicly file, on the docket of this case, this form, signed by Morales and notarized, within sixty (60) days from the date of this Order. If Morales does not do so within those sixty (60) days, the Court will automatically deny Morales's motion.**

The Clerk of Court is directed to mail a copy of this Order and the attached Notarized Authorization page to the individuals listed below the Court's signature.

SO ORDERED.

_Paul A. Engelmayer_
_____
PAUL A. ENGELMAYER
United States District Judge

Dated:  December 9, 2025
        New York, New York

*By ECF and First Class Mail To:*
**Justin Morales**
Reg. 95067-510
Federal Correctional Complex Petersburg

2

P.O. Box 1000
Petersburg, VA 23804

**Jill R. Shellow, Esq.**
Law Offices of Jill R. Shellow
15 Chester Avenue
White Plains, NY 10601

**NOTARIZED**
**AUTHORIZATION**

I have read the Court's Order dated December 9, 2025, captioned "Attorney-Client Privilege Waiver (Informed Consent)." I hereby authorize my former attorney, Jill R. Shellow, Esq., to comply with the Court's order by giving testimony, in the form ordered by the Court, relating to my motion to set aside my sentence on the ground of ineffective assistance of counsel. This authorization allows my former attorney to testify only pursuant to Court order, and only to the extent necessary to shed light on the allegations of ineffective assistance of counsel that are raised by my motion.

Dated:                                          _____
                                                    Justin Morales

Sworn to before me this _____
day of_____, 20____

_____
Notary Public

4